TORKILDSON KATZ
A Law Corporation

JEFFREY S. HARRIS          2718-0
(jsh@torkildson.com)
JACOB T. TOKUNAGA     11385-0
(Jacob.Tokunaga@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI  96813
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

Attorneys for Defendant
PACIFIC AQUASCAPES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL J. WAYNANT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC AQUASCAPES, INC.; JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-20, DOE CORPORATIONS 1-20, DOE ENTITIES 1-20, AND DOE GOVERNMENTAL UNITS 1-20,<br><br>　　　　Defendants. | CASE NO. _____<br><br><br><br>NOTICE OF REMOVAL OF STATE COURT ACTION TO FEDERAL COURT; DECLARATION OF JEFFREY S. HARRIS; EXHIBITS "A" – "F"; CERTIFICATE OF SERVICE |

**NOTICE OF REMOVAL OF STATE
<u>COURT ACTION TO FEDERAL COURT</u>**

3267019

Defendant PACIFIC AQUASCAPES, INC. ("Defendant"), by and through its undersigned attorneys, hereby give Notice of Removal to the United States District Court for the District of Hawaiʻi of the state court action captioned *Michael J. Waynant v. Pacific Aquascapes, Inc., et al*, Civil Case No. 1CCV-24-0000111 JMT, filed in the Circuit Court of the First Circuit, State of Hawaiʻi by Plaintiff Michael J. Waynant ("Plaintiff"). Defendant makes the Notice of Removal under 28 U.S.C. §§ 1331, 1367 and 1441(a) and base it on the following:

## BACKGROUND

1.      On or about January 23, 2024 Plaintiff filed the Complaint attached as Exhibit A ("Complaint") in Hawaii state court. The Complaint includes Federal claims over which this Court has original jurisdiction, including that Defendant: (1) discriminated against Plaintiff's sex and subjected Plaintiff to a hostile work environment in violation of 29 USC § 2000e-2 *et seq.* (Title VII of the Civil Rights Act of 1964 or "Title VII"), discriminated against Plaintiff's age in violation of 29 USC § 621–34 (Age Discrimination in Employment Act or "ADEA").

## TIMELINESS OF REMOVAL

2.      This Notice of Removal is timely as Defendant is filing it within 30 days of the date on which the Complaint was received by Defendant.  28 U.S.C. § 1446(b)(1).

-2-

3267019

**ORIGINAL JURISDICTION—ALLEGED VIOLATION OF TITLE VII AND ADEA**

3.      Per 28 U.S.C. § 1331, This Court has original jurisdiction of Plaintiff's claims of violation of the Title VII and ADEA, Complaint ¶¶ 93-100.

**SUPPLEMENTAL JURISDICTION**

4.      The Court has supplemental jurisdiction of all other claims alleged in the Complaint under 28 U.S.C. § 1367, because they are so related to Plaintiff's federal claims that they form part of the same case or controversy under Article III of the United States Constitution.

**VENUE**

5.      Venue is proper because Defendant resides in Hawaii, the events giving rise to the complaint allegedly occurred in Hawaii and this action was brought originally in the Circuit Court of the First Circuit, State of Hawaii.  28 U.S.C. §§ 1391, 1441 and 1446(a).

**NOTICE OF REMOVAL**

6.      By filing this Notice of Removal, Defendant does not intend to waive its right to compel arbitration. *See Armstrong v. Michaels Stores, Inc.*, 59 F.4th 1011, 1015 (9th Cir. 2013).

7.      This Notice of Removal will be promptly served on Plaintiff and filed with the Clerk of the Circuit Court of the First Circuit, State of Hawaii.

8.      Attached, per 28 U.S.C. § 1446(a), are true and correct copies of all of

-3-

3267019

the process, pleadings and orders served on Defendant in this action:

- **Exhibit A**: Complaint;

- **Exhibit B**:  Exhibits 1-2

- **Exhibit C**: Summons

- **Exhibit D**: Demand for Jury Trial**,** and

- **Exhibit E**: Order Setting Scheduling Conference

- **Exhibit F**: Zoom Video Conference Instructions for Attorneys and

   Other Participants

WHEREFORE, Defendant requests that the above action pending before the

Clerk of the Circuit Court of the First Circuit, State of Hawaii be removed to the

United States District Court for the District of Hawaii.

DATED:  Honolulu, Hawaii, February 9, 2024.

TORKILDSON KATZ
A Law Corporation


   /s/ Jeffrey S. Harris
Jeffrey S. Harris
Jacob T. Tokunaga

Attorneys for Defendant
PACIFIC AQUASCAPES, INC.

-4-

3267019